IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DILSON OSORIO VILLATORO | ) | |
| Petitioner, | ) | |
| vs. | ) | 3:26-cv-02070-MJH |
| TODD BLANCHE, et al., | ) | |
| Respondents, | ) | |

**ORDER**

On October 29, 2026, this Court entered an Order that, in part, directed Respondents to file a Notice if Petitioner is moved from the Moshannon Valley ICE Processing Center and to provide Petitioner's new location. ECF No. 5. On November 2, 2026, Respondents filed a Notification of Petitioner's Transfer stating that Petitioner was transferred, on October 29, 2026 to Denver Contract Detention Facility in Denver, Colorado. ECF No. 8. In light of Respondents' Notice, the following Order is entered.

Habeas jurisdiction has attached for this Petitioner with this Court and therefore the Court retains jurisdiction over this matter regardless of where Petitioner is located. "It is well established that jurisdiction attaches on the initial filing for habeas corpus relief, and it is not destroyed by a transfer of the petitioner and the accompanying custodial change." *Littles v. United States*, No. CIV. 14-6371 NLH, 2015 WL 1608918, at *2 (D.N.J. Apr. 10, 2015) (citing *Rumsfeld v. Padilla*, 542 U.S. 426, 441 (2004)). If a bond hearing pursuant to § 1226(a) is appropriate, said bond hearing for this Petitioner shall occur within the Third Circuit, before an immigration judge within the jurisdiction of the Third Circuit, applying Third Circuit law and precedent.

The Court ORDERS that, pending a decision on Petitioner's Habeas Petition, Respondents shall advise the Court within twenty-four hours of any movement of the Petitioner from the Denver Contract Detention Facility, and Respondents shall file a Notice on the record advising of petitioner's new location.

The Court notes that Respondents' Response to the Petition is presently due on November 5, 2026. *See* ECF No. 4 (Response due within 7 days of service) and 6 (Certificate of Service dated October 29, 2026).

IT IS FURTHER ORDERED that a video status conference is hereby set for <u>November 6, 2026 at 9:00 a.m.</u> A link to attend by video will be sent to counsel by email.

BY THE COURT:

DATED: November 3, 2026

Marilyn J. Horan
United States District Judge